UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,                    Civil Action No.: 11-11580
                                              HON. PATRICK J. DUGGAN
    Plaintiff,
v.
MITCHELL KEENE, A.K.A. MITCHELL D. KEENE
    Defendant.
_____/

## CONSENT JUDGMENT

Having reviewed the stipulation herein below, and being otherwise advised in the matter;

**IT IS ORDERED** that judgment be and hereby is entered in favor of the United States of America and against Defendant, Mitchell Keene, a.k.a. Mitchell D. Keene, in the amount of $2,066.06 as of April 12, 2011, plus a $350.00 filing fee as permitted by 28 U.S.C. §2412(a)(2), plus pre-judgment interest from April 12, 2011, to entry of judgment, minus all payments made between filing of complaint and judgment, with post-judgment interest to run at the legal rate in effect on such date pursuant to 28 U.S.C. §1961.

| | |
|---|---|
| s/ Deborah A. Banfill | s/with consent of Mitchell Keene |
| Shermeta, Adams & Von Allmen, P.C. | Defendant in Pro Per |
| Attorney for Plaintiff | 7600 Secor Road |
| P.O. Box 80883 | Lambertville, MI 48144 |
| Rochester Hills, MI 48308 | |
| (248) 519-1700 | |
| dbanfill@shermeta.com | |
| (P63179) | |

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: June 22, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 22, 2011, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager